UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROGER D. HALL,

      Petitioner,

    v.                             ORDER

JEAN HILL,                      Civil No.  07-144-PK

      Respondent.

_____

HAGGERTY, Chief Judge:

      Magistrate Judge Papak referred to this court a Findings and Recommendation [24] in this action.  The Magistrate Judge recommended that petitioner's Petition for Writ of Habeas Corpus [1] should be deemed timely.

      The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B).  *See also* Fed. R. Civ. P. 72(b).  When no timely objection is filed, the court need only satisfy itself that there is

1    - ORDER

no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

This court has examined the pending motion and the underlying record. No clear error appears on the face of the record. The Findings and Recommendation [24] is, therefore, adopted. Accordingly, petitioner's Petition for Writ of Habeas Corpus [1] is deemed timely, as described in the Findings and Recommendation.

IT IS SO ORDERED.

DATED this  11  day of August, 2008.

        /s/ Ancer L. Haggerty        
          Ancer L. Haggerty
        United States District Judge